1  Z. Kathryn Branson, Esq.,
2  Nevada Bar No. 11540
   Amanda M. Breemes, Esq.
3  (admitted *pro hac vice*)
   LITTLER MENDELSON, P.C.
4  8474 Rozita Lee Avenue
   Suite 200
5  Las Vegas, NV 89113.4770
   Telephone:  702.862.8800
6  Fax No.:    702.862.8811
   Email:  kbranson@littler.com
7          abrowder@littler.com

8  Attorneys for Defendant
   AMAZON.COM SERVICES LLC
9

10            **UNITED STATES DISTRICT COURT**
              **DISTRICT OF NEVADA**
11

12  RAEGAN ZOCH, in her individual capacity,  | Case No. 3:24-cv-00289-MMD-CLB
13           Plaintiff,                        | **ORDER GRANTING**
                                               | **STIPULATION FOR DISMISSAL**
14  v.                                         | **WITH PREJUDICE**
15  AMAZON.COM, SERVICES LLC, a foreign
    limited liability company and DOES I-XX,
16
             Defendants.
17

18

19       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff RAEGAN

20  ZOCH ("Plaintiff") and Defendant AMAZON.COM SERVICES LLC ("Defendant") (collectively,

21  "Parties"), by and through their undersigned counsel, respectfully request that the Court approve

22  this Stipulation seeking dismissal of this civil action with prejudice.  The Parties agree that no party

23  to this stipulation shall be deemed to be a prevailing party in this action and that

24  ///
25  ///
26  ///
27  ///
28  ///

LITTLER MENDELSON, P.C.
Attorneys at Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

each party shall bear its own fees, costs and expenses for the claims dismissed by this Stipulation and Order.

Dated: June 27, 2025

Respectfully submitted,

*s/ Kendra Jepsen*
JOSEPH S. GILBERT, ESQ.
KENDRA J. JEPSEN, ESQ.

Attorneys for Plaintiff
RAEGAN ZOCH

Dated: June 27, 2025

Respectfully submitted,

*s/ Amanda M. Breemes*
Z. KATHRYN BRANSON, ESQ.
AMANDA M. BREEMES

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**ORDER**

**IT IS SO ORDERED.**

Dated this 30th day of June, 2025.

UNITED STATES DISTRICT JUDGE

4905-4465-6976.1 / 114766.1212

LITTLER MENDELSON, P.C.
Attorneys at Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2